1  ELLIOTT D. OLSON          Bar No. 41501
   elliott.olson@sdma.com
2  ALEXANDER M. MEDINA       Bar No. 222015
   alexander.medina@sdma.com
3  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   801 South Figueroa Street, 18th Floor
4  Los Angeles, California 90017-5556
   Telephone: (213) 426-6900
5  Facsimile: (213) 426-6921
   Email: alexander.medina@sdma.com
6
7  Attorneys for Defendant
   CATERPILLAR INC.

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10

11 WILLIAM ZABIT, a single man,        CASE NO. C 06-01252 JSW

12         Plaintiff,                  **STIPULATION AND [PROPOSED]
                                       ORDER SELECTING ADR
13    v.                               PROCESS PURSUANT TO CIVIL
                                       L.R. 16-8(c)**
14 FERRETTIGROUP USA, a
   Corporation registered in Florida,  JUDGE: Honorable Jeffrey S. White
15 and PETERSON POWER                  DEPT:  2
   SYSTEMS/CATERPILLAR, a
16 Corporation registered in California,
   and CATERPILLAR INC., a
17 Corporation registered in Illinois,

18         Defendants.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

LA/642725v1                            -1-                    CASE NO. C 06-01252 JSW
           STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1   The parties hereby stipulate to participate in Court Mediation.

2

3   DATED: May 11, 2006           SEDGWICK, DETERT, MORAN & ARNOLD

4

5                                  By: _____
                                       ELLIOTT D. OLSON
6                                      ALEXANDER M. MEDINA
                                       Attorneys for Defendant
7                                      CATERPILLAR INC.

8   DATED: May __, 2006           LAW OFFICES OF GREG ANTON

9

10                                 By: _____
                                       GREG ANTON
11                                     Attorneys for Plaintiff
                                       WILLIAM ZABIT
12

13  DATED: May __, 2006           FITZGERALD ABBOTT & BEARDSLEY LLP

14

15                                 By: _____
                                       STEPHEN M. JUDSON
16                                     Attorneys for Defendant
                                       PETERSON POWER SYSTEMS
17

18  DATED: May __, 2006           ROBERT ALLEN LAW FIRM

19

20                                 By: _____
                                       UMBERTO BONAVITA
                                       Attorneys for Defendant
21                                     FERRETTIGROUP USA

22

23

24              [~~PROPOSED~~] ORDER

25

26  IT IS SO ORDERED:

27  Dated: May 12, 2006           _____
                                   /s/ Jeffrey S. White
28                                 U.S. DISTRICT COURT JUDGE