```
1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   Elliott D. Olson (Bar No. 41501)
2    elliott.olson@sdma.com
   Daniel W. Bir (Bar No. 222015)
3    daniel.bir@sdma.com
   801 South Figueroa Street, 18th Floor
4  Los Angeles, CA  90017-5556
   Telephone:   (213) 426-6900
5  Facsimile:   (213) 426-6921

6  Attorneys for Defendant
   CATERPILLAR INC.
7
```

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          San Francisco Division

| WILLIAM ZABIT, | CASE NO. C 06-01252 JSW |
|---|---|
| Plaintiff, | **CATERPILLAR INC.'S SUBSTITUTION OF ATTORNEY** |
| v. | |
| FERRETTIGROUP USA, *etc., et al.*, | |
| Defendants. | |

TO:   THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant Caterpillar Inc. hereby substitutes Daniel W. Bir of Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 18th Floor, Los Angeles, CA  90017-5556; telephone (213) 426-6900, fax (213) 426-6921 as attorney of record in place and stead of Alex M. Medina formerly of the same firm.

Caterpillar Inc. hereby consents to the above substitution.

DATED: 8/11/06           **CATERPILLAR INC.**

                         By: /s/ Andy McGuire
                             Andy McGuire

I am duly admitted to practice before this Court.

DATED: 08/16/06          **SEDGWICK DETERT MORAN & ARNOLD LLP**

                         By: /s/ Daniel W. Bir
                             Daniel W. Bir

-1-

## ORDER

Substitution by Daniel W. Bir of Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 18th Floor, Los Angeles, CA 90017-5556; telephone (213) 426-6900, fax (213) 426-6921 as attorney of record in place and stead of Alex M. Medina formerly of the same firm on behalf of Caterpillar Inc. is hereby approved.

DATED: August 18, 2006

_____
Jeffrey S. White, United States District Judge

The Court hereby advises the parties that so long as substitution of counsel is within the same firm and there is no objection, orders are not required.