1  Robert C. Hendrickson (SBN 88624)
   (rchendrickson@duanemorris.com)
2  Damon M. Fisk (SBN 211824)
   (dmfisk@duanemorris.com)
3  DUANE MORRIS LLP
   One Market, Spear Tower, Suite 2000
4  San Francisco, CA 94105-1104
   Telephone: 415.957.3000
5  Facsimile: 415.957.3001

6  Attorneys for Defendant
   Allied Marine Group, Inc.

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 WILLIAM ZABIT,                              Case No.: C 06-01252 JSW

13           Plaintiff,                        STIPULATION AND ORDER
                                               DISMISSING ALLIED MARINE GROUP,
14      v.                                     INC.

15 FERRETTIGROUP USA; PETERSON POWER
   SYSTEMS/CATERPILLAR; CATERPILLAR,
16 INC., and ALLIED MARINE

17           Defendants.

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

DM1\683039.1

STIPULATION AND ORDER DISMISSING ALLIED MARINE - CASE NO.: C 06-01252 JSW

1        IT IS HEREBY STIPULATED by and between the parties to this Stipulation, by and through

2 counsel, that Plaintiff William Zabit shall dismiss his Complaint in the above-entitled action against

3 Defendant Allied Marine Group, Inc.

4

5                                       DUANE MORRIS LLP

6 Dated: September 2*, 2006        By: _____

7                                    Robert C. Hendrickson

8                                    Damon M. Fisk
                                    Attorneys for Defendant Allied Marine Group, Inc.

9

10                                  LAW OFFICE OF GREG ANTON

11 Dated: September 27, 2006        By: _____

12                                    Greg Anton
                                    Attorneys for Plaintiff William Zabit

13

14 IT IS SO ORDERED.

15 Date: _September 28, 2006_

16                                  _____
                                 Hon. Jeffrey S. White

17                                  Judge of the United States District Court for the
                                 Northern District of California

18

19

20

21

22

23

24

25

26

27

28