IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ZABIT,<br><br>            Plaintiff,<br><br>    v.<br><br>FERRETTIGROUP USA, et al.<br><br>            Defendants. | No. C 06-01252 JSW<br><br>**ORDER TO SHOW CAUSE RE ALLIED MARINE GROUP, INC.'S MOTION TO DISMISS OR STAY PENDING ARBITRATION** |

On August 25, 2006, Defendant Allied Marine Group, Inc. ("Allied") filed a motion to dismiss for lack of personal jurisdiction or, in the alternative, a motion to stay pending arbitration. Allied noticed a hearing date of October 6, 2006. Pursuant to the Northern District Local Rules, Plaintiff's opposition to that motion was due on September 15, 2006, and Allied's reply was due on September 22, 2006.

Plaintiff has not filed an opposition to the motion, and Allied has not filed a reply. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why Allied's motion should not be granted as unopposed. Plaintiff shall file his response to this Order to Show Cause by no later than 2:00 p.m. on September 29, 2006. If Plaintiff intends to file a substantive opposition to the motion, he must provide good cause to the Court for accepting a late filing in his response.

Allied may file a reply to Plaintiff's response by October 3, 2006.

The hearing set for October 6, 2006 remains on calendar, pending a further order of this Court.

**IT IS SO ORDERED.**

Dated: September 26, 2006

                                  JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE