GREG ANTON, CSBA#: 75371
P.O. BOX 299
LAGUNITAS, CA 94938
415-789-8535 Telephone
415-663-0350 Facsimile
ganton@saber.net Email

ALAN L. McNEIL, WSBA#:7930
Pro Hac Vice
721 North Cincinnati Street
P.O. Box 3528
Spokane, Washington 99220-3528
(509)323-5791 Telephone
(509)323-5805 Facsimile
amcneil@lawschool.gonzaga.edu

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ZABIT, A single man,       )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br> v.                                 )<br>                                    )<br> FERRETTIGROUP USA, a Corporation   )<br> Registered in Florida, and ALLIED  )<br> MARINE GROUP, a Corporation registered )<br> in Florida, PETERSON POWER SYSTEMS )<br> CATERPILLAR, a Corporation registered in)<br> California, and CATERPILLAR, INC., a )<br> Corporation Registered in Illinois, )<br>            Defendants.             )<br>_____) | NO:   C06-1252-JSW<br><br>(PROPOSED) ORDER <br>PERMITTING DENYING AS MOOT<br>SUBSTITUTION OF<br>EXHIBIT A-2 TO THE<br>DECLARATION OF<br>DIRK IVORY |

PROPOSED ORDER PERMITTING SUBSTITUTION OF EXHIBIT A-2 TO THE DECLARATION OF DIRK IVORY
Page 1 of 3

Greg Anton
P.O. Box 299
Lagunitas, CA 94938
(415)789-8535 Telephone

1  This matter having come before this court and ~~it appearing proper the court~~
2  ~~hereby~~ the correct copy of the Caterpillar Limited Warranty appearing in the record, plaintiff's motion to substitute is denied as moot.
3
4  ~~ORDERS that the Exhibit A originally attached as an exhibit to the~~
5  ~~Declaration of Dirk Ivory be substituted with exhibit A-2 Caterpillar Limited~~
6  ~~warranty.~~
7  Dated this 23 day of October, 2006.
8
9  Judge *Jeffrey S White*
10
11 Presented by:
12
13 /s/ Greg Anton, CSBA#: 75371
   Attorney for Plaintiff
14
15 /s/ Alan L. McNeil, WSBA#: 7930
   Pro Hac Vice
16
17
18
19
20
21
22
23
24
25 ~~PROPOSED~~ ORDER ~~PERMITTING~~ SUBSTITUTION OF EXHIBIT A-2 TO THE DECLARATION OF DIRK IVORY
   Page 2 of 3

Greg Anton
P.O. Box 299
Lagunitas, CA 94938
(415)789-8535 Telephone