SEDGWICK, DETERT, MORAN & ARNOLD LLP
Elliott D. Olson (Bar No. 041501)
 elliott.olson@sdma.com
Daniel W. Bir (Bar No. 222015)
 daniel.bir@sdma.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendants
CATERPILLAR INC. and PETERSON POWER SYSTEMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| WILLIAM ZABIT, | CASE NO. C 06-01252 JSW |
|---|---|
| Plaintiff, | **PETERSON POWER SYSTEMS' SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER THEREON** |
| v. | |
| FERRETTIGROUP USA, *etc., et al.*, | |
| Defendants. | |

TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant Peterson Power Systems hereby substitutes Elliott D. Olson and Daniel W. Bir of Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 19th Floor, Los Angeles, CA 90017-5556; telephone (213) 426-6900, fax (213) 426-6921; as attorneys of record in place and stead of Stephen Judson and Dawn Newton of Fitzgerald Abbott & Beardsley LLP.

Peterson Power Systems hereby consents to the above substitution.

DATED: *November 15, 2006*   PETERSON POWER SYSTEMS

By: _____
[signature]

_____
ERIC L. MARTIN
[printed name]

_____
GENERAL MANAGER
[title]

LA/665282v1                               -1-
Peterson Power Systems' Substitution of Attorney (C06-01252-JSW)

| | |
|---|---|
| 1 | I am duly admitted to practice before this Court. |
| 2 | DATED: 11/17/06     SEDGWICK DETERT MORAN & ARNOLD LLP |
| 3 | |
| 4 | By: _____<br>Daniel W. Bir |
| 5 | |
| 6 | I am duly admitted to practice before this Court. |
| 7 | DATED: 11/20/06     SEDGWICK DETERT MORAN & ARNOLD LLP |
| 8 | By: _____ |
| 9 | Elliott D. Olson |

**ORDER**

Substitution by Elliott D. Olson and Daniel W. Bir of Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 19th Floor, Los Angeles, CA 90017-5556; telephone (213) 426-6900, fax (213) 426-6921; as attorneys of record in place and stead of Stephen Judson and Dawn Newton of Fitzgerald Abbott & Beardsley LLP on behalf of Peterson Power Systems is hereby approved.

DATED: November 21, 2006

_____
Jeffrey S. White, United States District Judge