```
Robert C. Hendrickson (SBN 88624)
(rchendrickson@duanemorris.com)
Damon M. Fisk (SBN 211824)
(dmfisk@duanemorris.com)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001

Attorneys for Defendant
Ferrettigroup USA
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ZABIT,<br><br>   Plaintiff,<br><br> v.<br><br>FERRETTIGROUP USA; PETERSON POWER SYSTEMS/CATERPILLAR; CATERPILLAR, INC.,<br><br>   Defendants. | Case No.: C 06-01252 JSW<br><br>ORDER RE DISMISSAL OF FERRETTIGROUP |

  Defendant FerrettiGroup USA's Motion to Dismiss was granted, with leave to amend, pursuant to this Court's October 23, 2006 Order.

  Plaintiff William Zabit filed his Second Amended Complaint for Damages on November 1, 2006 and elected not include any amended claims against defendant FerrettiGroup.

  Defendant FerrettiGroup is therefore dismissed, with prejudice, from this action.

IT IS SO ORDERED.

Date: November 30, 2006

                _____
                Hon. Jeffrey S. White
                Judge of the United States District Court for the
                Northern District of California

Approved as to form:

_/s/ Greg Anton_
Greg Anton, Esq.
Attorney for William Zabit

DM1\716563.1

2

ORDER RE DISMISSAL OF FERRETTIGROUP - CASE NO.: C 06-01252 JSW