IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ZABIT,<br><br>    Plaintiff,<br><br>  v.<br><br>FERRETTIGROUP USA, et al.<br><br>    Defendants.<br>_____/ | No. C 06-01252 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

    On December 21, 2006, Plaintiff William Zabit filed a motion to dismiss the Counterclaims of Defendants Caterpillar, Inc. and Peterson Power Systems. That motion is noticed for hearing on February 23, 2007.

    It is HEREBY ORDERED that Defendants' opposition shall be due on January 19, 2007, and Plaintiff's Reply shall be due on January 26, 2007. If the parties wish to modify this briefing schedule, they shall file a request with the Court demonstrating good cause for such a request. Unless the parties are notified otherwise by the Court, the hearing shall remain on calendar on February 23, 2007.

    It is FURTHER ORDERED that the case management conference currently scheduled for January 19, 2007 is HEREBY CONTINUED to February 23, 2007, immediately following the hearing on the motion. The parties shall file a further case management statement on or

//

//

before February 16, 2007.

**IT IS SO ORDERED.**

Dated: January 4, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE