# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ZABIT, a single man,<br><br>    Plaintiff,<br><br>v.<br><br>PETERSON POWER SYSTEMS/CAT, a Corporation registered in California, and CATERPILLAR, INC., a Corporation Registered in Illinois,<br><br>    Defendant.<br><br>CATERPILLAR INC. and PETERSON POWER SYSTEMS, INC.,<br><br>    Counter-Claimants,<br><br>v.<br><br>WILLIAM ZABIT, a California resident,<br><br>    Counter-Defendant. | CASE NO. C 06-01252 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION COMPLETION DATE** |

LA/673241v1

1   **WHEREAS**, the Court has set a Mediation Completion Date in this matter
2   for February 5, 2007.  In compliance with this Order, the parties and appointed
3   mediator Michael Dickstein engaged in a teleconference on November 21, 2006, to
4   select a mutually agreeable date and location for the mediation.  At the conclusion
5   of this conference, January 31, 2007, was reserved as a date available for all parties.
6   Similarly, it was agreed upon that the mediation would be held at the Law Offices of
7   Sedgwick, Detert, Moran & Arnold in San Francisco, commencing at 10:00 am.

8   **WHEREAS**, it has just recently come to the attention of the parties that
9   plaintiff, William Zabit, will be unable to attend the mediation on January 31.  Mr.
10  Zabit's unexpected unavailability comes at no fault to any party and his absence
11  from the mediation procedure on January 31 could not be avoided.

12  **WHEREAS**, Counsel have thus worked diligently with mediator Michael
13  Dickstein re-schedule the mediation for the earliest possible date in which all parties
14  are available.  Due to the prior commitments of Counsel and Mr. Dickstein,
15  including trial, the earliest available date is March 9, 2007.  As such, the mediation
16  is now schedule to go forward on March 9, 2007, at the Law Offices of Sedgwick,
17  Detert, Moran & Arnold in San Francisco.

18  **WHEREAS**, this brief continuance in the mediation completion date will not
19  prejudice any party and will not slow the progress of this action.  As currently set,
20  the parties will be before this Court on February 23, 2007 for hearing on plaintiff's
21  Motion to Dismiss Defendants' Counterclaims and for a Further Case Management.

22  Similarly, the parties are actively engaged in the formal discovery of the
23  respective claims of each party.  In point of fact, a brief continuance in the
24  mediation completion date may assist in a potential resolution of this matter at
25  mediation as further necessary facts, witnesses, and documentation are revealed.

26  **IT IS THUS HEREBY STIPULATED AND AGREED** by the parties, by
27  and through their counsel for record, that the Mediation Completion Date be
28  continued to March 12, 2007, or as soon thereafter as it may please the Court, so

that the parties can engage in a meaningful mediation before Mr. Michael Dickstein on March 9, 2007.

DATED: January 31, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Daniel Bir
Elliott D. Olson
Daniel W. Bir
Attorneys for Defendants
CATERPILLAR INC. and
PETERSON POWER SYSTEMS, INC.

DATED: 2/2, 2007        LAW OFFICES OF GREG ANTON

By: [signature]
Greg Anton
Attorneys for Plaintiff
WILLIAM ZABIT

[PROPOSED] ORDER

Pursuant to stipulation between the parties, IT IS SO ORDERED.

DATED: February 6, 2007

U.S. District Court
Northern District of California

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Signature: Jeffrey S. White]
Judge Jeffrey S. White