**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM ZABIT,

    Plaintiff,

v.

FERRETTIGROUP USA, et al.

    Defendants.

                                /

No. C 06-01252 JSW

**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE AND ORDER TO RESPOND TO DISCOVERY**

    On February 23, 2007, at 1:30 p.m. this matter was set for an initial case management conference. Counsel for Plaintiff did not appear. In addition, counsel for Defendants represented to the Court that Plaintiff has not complied with requests for discovery.

    Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff shall file a written response to this Order to Show Cause by no later than Wednesday, March 7, 2007. Plaintiff shall also respond to any outstanding discovery requests without objections and within twenty (20) days of the date of this Order.

Dated: February 23, 2007

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE