IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM ZABIT,

    Plaintiff,

    v.

FERRETTIGROUP USA, et al.

    Defendants.

                            /

No. C 06-01252 JSW

**ORDER IMPOSING SANCTIONS ON COUNSEL RE ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE AND ORDER TO RESPOND TO DISCOVERY**

        The Court has received and reviewed counsel's response to the Order to Show Cause issued on February 23, 2007. The Court notes that although counsel asserts that the Case Management Conference scheduled for February 23, 2007 was deleted from their calendars, counsel did participate in preparing the Joint Case Management Conference Statement, which was filed *after* the Court had vacated the hearing on Plaintiff's motion to dismiss. That should have been a signal to counsel that a case management conference was imminent.

        However, the Court shall not penalize Plaintiff for counsels' error. The Court shall, however, require counsel to provide a copy of this Order to their client and file a certification with the Court reflecting that they have done so. In addition, the Court HEREBY ORDERS Plaintiffs' counsel to personally pay for the costs associated with their opposing counsel's attendance at the case management conference. This sanction shall not be passed through to Mr. Zabit.

        Accordingly, counsel for Defendants shall submit a notice to the Court on March 9, 2007, setting forth the amount of costs he incurred in connection with his appearance on

February 23, 2007.  Counsel for Mr. Zabit shall pay those fees and costs by no later than March 16, 2007, and shall file a certification with the Court that they have done so.

**IT IS SO ORDERED.**

Dated: March 1, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California