IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM ZABIT,

    Plaintiff,

v.

FERRETTIGROUP USA,

    Defendant.
_____/

No. C 06-01252 JSW

**ORDER RE SANCTIONS ON COUNSEL**

The Court has received Defendants' Notice of Fees and Costs, and concludes that the *reasonable* fees and costs for attendance at the case management conference set for February 23, 2007, are $ 892.18. Counsel for Plaintiff is only required to pay this amount, and not the amount set forth in Defendants' Notice of Fees and Costs. However, as set forth in the Court's Order Imposing Sanctions, counsel is to bear this cost and it shall not be passed on to Plaintiff.

**IT IS SO ORDERED.**

Dated: March 12, 2007

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE