United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM ZABIT,

    Plaintiff,

v.

CATERPILLAR, INC. and PETERSON POWER SYSTEMS, INC., et al.

    Defendants.

No. C 06-01252 JSW

**ORDER RE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE**

The Court has received Defendants' opposition brief to Plaintiff's motion for summary judgment, in which Defendants state they will be filing a motion for summary judgment and that the issues involved will overlap with issues presented by Plaintiff's motion. Defendants also request a continuance of the hearing on Plaintiff's motion so that the motions can be heard on the same date and request that the case management conference be continued to that date as well.

The Court DENIES Defendants' request to continue the case management conference. However, the Court GRANTS the request to have the parties' motions for summary judgment heard on the same date, and the hearing date of July 13, 2007 for Plaintiff's motion is VACATED.

The parties are HEREBY ORDERED to meet and confer and agree upon a hearing date for both motions that both is available to this Court and permits the Defendants to file their motion in accordance with the time period required by the Northern District's Civil Local Rules. The parties are FURTHER ORDERED to submit a stipulation and proposed order to the

Court setting forth that date by no later than July 2, 2007. If the parties are unable to agree upon a date, the Court shall set the date.

It is FURTHER ORDERED, that the case management conference scheduled for July 13, 2007 at 9:00 a.m. is moved to **July 13, 2007 at 1:30 p.m.**, on this Court's regular case management conference calendar. The parties' joint case management conference statement is due on July 6, 2007, and shall conform to all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement." *See* N.D. Civ. L.R. 16-9.

**IT IS SO ORDERED.**

Dated: June 25, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2