1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **NORTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11   WILLIAM ZABIT, a single man, | CASE NO. C 06-01252 JSW |
| 12            Plaintiff, | |
| 13   v. | **STIPULATION AND [PROPOSED]** |
| 14   PETERSON POWER | **ORDER FOR HEARING ON** |
|     SYSTEMS/CAT, a Corporation | **PLAINTIFF'S AND DEFENDANTS** |
| 15   registered in California, and | **CATERPILLAR INC. AND** |
|     CATERPILLAR, INC., a | **PETERSON POWER SYSTEMS,** |
| 16   Corporation Registered in Illinois, | **INC.'S MOTIONS FOR SUMMARY** |
| 17            Defendant. | **JUDGMENT** |
| 18   CATERPILLAR INC. and | |
| 19   PETERSON POWER SYSTEMS, | |
|     INC., | |
| 20            Counter-Claimants, | |
| 21   v. | |
| 22   WILLIAM ZABIT, a California | |
| 23   resident, | |
| 24            Counter-Defendant. | |

25
26
27
28

CASE NO. C 06-01252 JSW

STIPULATION AND [PROPOSED] ORDER FOR MSJ HEARING DATE

1      Pursuant to this Court's Order dated June 25, 2007, the parties have met and

2 conferred and agreed upon a hearing date for Plaintiff's and Defendants

3 Caterpillar Inc. and Peterson Power Systems, Inc.'s Motions for Summary

4 Judgment.   IT IS THUS HEREBY STIPULATED AND AGREED by the

5 parties, by and through their counsel for record, that the referenced hearing date be

6 set for **August 24, 2007.**

7

8 DATED: July 2, 2007             SEDGWICK, DETERT, MORAN & ARNOLD LLP

9

10                  By: _____

11                        Elliott D. Olson
                       Daniel W. Bir

12                        Attorneys for Defendants
                       CATERPILLAR INC. and
                       PETERSON POWER SYSTEMS, INC.

13

14 DATED: 7/2/07, 2007        LAW OFFICES OF GREG ANTON

15

16

17                  By: _____

17                        Greg Anton
                       Attorneys for Plaintiff

18                        WILLIAM ZABIT

19

20                              ~~[PROPOSED]~~ ORDER

21      Pursuant to stipulation between the parties, **IT IS SO ORDERED.**

22

23 DATED: July 3 _____, 2007 _____

24                              U. S. District Court
                             Northern District of California

25

26

27

28
                                                    CASE NO. C 06-01252 JSW