IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM ZABIT,

    Plaintiff,

v.

CATERPILLAR, INC., and PETERSON POWER SYSTEMS, INC.,

    Defendants.

No. C 06-01252 JSW

**ORDER GRANTING PLAINTIFF'S MOTION TO LATE FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANTS' ADDITIONAL TIME TO FILE REPLY**

    The Court has received Plaintiff's motion for leave to late file his opposition to Defendants' motion for summary judgment. In that motion, Plaintiff asserts counsel inadvertently mis-calendared the deadline for submission of the opposition brief. The Court shall GRANT Plaintiff's motion but also shall GRANT Defendant's additional time to file their reply brief until Monday, August 13, 2007.

    The Court also advises Plaintiff that, given the Court's scheduled hearing dates, under the Northern District's Civil Local Rules, the deadline for filing an opposition brief will always fall on the *Friday* three weeks before the hearing date, and reply briefs will be due on the *Friday* two weeks before the scheduled hearing date.

**IT IS SO ORDERED.**

Dated: August 6, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE