IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ZABIT,<br><br>  Plaintiff,<br><br>  v.<br><br>CATERPILLAR, INC., and PETERSON POWER SYSTEMS, INC.,<br><br>  Defendants.<br>_____ / | No. C 06-01252 JSW<br><br>**ORDER RE DISCOVERY DISPUTES** |

On July 30, 2007, this Court issued an Order resolving the parties' joint discovery dispute. In that Order, the Court stated that if there were specific requests for production or interrogatories that were not covered by the Order, the *parties* could submit an additional *letter brief* outlining any remaining disputes by no later than August 10, 2007. On August 10, 2007, Plaintiff submitted a motion for discovery, which Defendants have opposed.

As a preliminary matter, the Court notes that Plaintiff's motion is not in compliance with either the Court's Standing Order regarding discovery disputes or the July 30, 2007 Order. With one exception, the Court DENIES Plaintiff's motion for the reasons set forth herein.

The Court GRANTS Plaintiff's request that Defendants produce the Warranty Manual referenced in the joint letter brief that initially was submitted to the Court. The Court's July 30, 2007, should have required Defendants to produce that document and its updates.

Plaintiff's request for the email referenced in point 2 of his motion is DENIED. Defendants responded that they have been unable to locate the document.

Plaintiff's remaining requests are DENIED.  Based on the documents submitted to the Court, Defendants' responses were sent to Plaintiff in January 2007.  If Plaintiff believed that Defendants were not complying with their discovery obligations, he had adequate time to bring these matters to the Court's attention before the eve of a hearing on motions for summary judgment.  Plaintiff now asks the Court to order the Defendants to "immediately produce all the information requested," in the exhibits attached to his motion.  Such a request is not in compliance with the letter or spirit of the Court's July 30, 2007 Order, which contemplated that the parties would identify with particularity what discovery responses were outstanding and or insufficient.  Moreover, the deadline for all discovery to be completed is January 31, 2008.  Accordingly, the request is DENIED.  Any further discovery disputes regarding the adequacy of any party's responses shall be submitted to the Court by way of a *joint letter brief* and shall identify with particularity the particular interrogatory or request for production that is at issue and shall identify with particularity the reasons any party believes any other party's response is incomplete or inadequate.

The Court also addresses the matter of Plaintiff's deposition, which Defendants raise in opposition to Plaintiff's motion.  In its Order of July 30, 2007, the Court ordered Plaintiff to appear for a further deposition by no later than August 10, 2007.  That deadline was set in light of the pending motions for summary judgment, which are set for hearing on August 24, 2007.  The Court HEREBY ORDERS that Plaintiff shall appear for a deposition regarding the issues set forth in the July 30, 2007 Order by no later than August 17, 2007.  **This deadline shall not be extended.**

Plaintiff has three attorneys representing him in this matter.  Therefore, the Court does not find unavailability of counsel to be an adequate reason for the delay in the deposition.  Further, Defendants' exhibits in opposition to the motion show that Plaintiff may not respond to his counsel in a timely fashion.  Plaintiff chose to bring this lawsuit and has chosen to maintain it.  Plaintiff is responsible for pursuing this matter in a diligent fashion.  Accordingly, should Plaintiff fail to appear for the deposition required by the July 30, 2007 Order and this Order, the

1  Court shall issue an Order to Show Cause as to why sanctions should not be imposed for his
2  failure to appear.  The Court HEREBY ADVISES Plaintiff that it shall consider all possible
3  sanctions that may be an appropriate remedy for Plaintiff's failure to comply with these Orders.
4  **IT IS SO ORDERED.**

6  Dated: August 14, 2007

   JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE