1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    ELLIOTT D. OLSON (Bar No. 041501)
2   elliott.olson@sdma.com
    DANIEL W. BIR (Bar No. 227918)
3   daniel.bir@sdma.com
    801 South Figueroa Street, 19th Floor
4   Los Angeles, California 90017-5556
    Telephone:  (213) 426-6900
5   Facsimile:   (213) 426-6921

6  Attorneys for Defendants
   CATERPILLAR INC. and
7  PETERSON POWER SYSTEMS, INC.

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  WILLIAM ZABIT, a single man,<br><br>11         Plaintiff,<br><br>12  v.<br><br>13  FERRETTIGROUP USA, a Corporation registered in Florida, and PETERSON<br>14  POWER SYSTEMS/CATERPILLAR, a Corporation registered in California, and<br>15  CATERPILLAR INC., a Corporation registered in Illinois,<br><br>16         Defendants.<br><br>17  AND RELATED COUNTERCLAIM. | CASE NO. C 06-01252 JSW<br><br>[PROPOSED] STIPULATED PROTECTIVE ORDER<br><br>The Order is DENIED WITHOUT PREJUDICE to submitting an Order that requires the parties to comply with the provisions of Local Rule 79-5.<br><br>November 15, 2007<br><br>*/s/ Jeffrey S. White* |

---

LA/700730v1                                1                                06cv1252
                         [Proposed] Stipulated Protective Order