| | |
|---|---|
| 1 | **SEDGWICK, DETERT, MORAN & ARNOLD LLP**<br>ELLIOTT D. OLSON (Bar No. 041501) |
| 2 | elliott.olson@sdma.com<br>DANIEL W. BIR (Bar No. 227918) |
| 3 | daniel.bir@sdma.com<br>801 South Figueroa Street, 19th Floor |
| 4 | Los Angeles, California 90017-5556<br>Telephone: (213) 426-6900 |
| 5 | Facsimile: (213) 426-6921 |
| 6 | Attorneys for Defendants<br>CATERPILLAR INC. and |
| 7 | PETERSON POWER SYSTEMS, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ZABIT, a single man,<br><br>Plaintiff,<br><br>v.<br><br>PETERSON POWER SYSTEMS/CAT, a Corporation registered in California, and CATERPILLAR, INC., a Corporation Registered in Illinois,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM. | CASE NO. C 06-01252 JSW<br><br>**STIPULATION TO DISMISS DEFENDANTS CATERPILLAR INC.'S AND PETERSON POWER SYSTEMS, INC.'S COUNTERCLAIM FOR FRAUD AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED, by and between the parties to this action, by and through their respective counsel of record, that Defendants Caterpillar Inc.'s and Peterson Power Systems, Inc.'s Counterclaim for Fraud is hereby dismissed with prejudice as to Plaintiff William Zabit. Pursuant to this Stipulation, the parties will not be briefing this issue, as outlined in the Court's Order of February 11, 2008.

///

///

///

DATED: March 4, 2008    SEDGWICK DETERT MORAN & ARNOLD LLP

By:    /s/ Daniel Bir
Elliott D. Olson
Daniel W. Bir
Attorneys for Defendants
CATERPILLAR INC. and
PETERSON POWER SYSTEMS, INC.


DATED: March 4, 2008    LAW OFFICES OF JOHN ALDEN

By:    /s/ John Alden
JOHN ALDEN
Attorneys for Plaintiff
WILLIAM ZABIT

### [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT, Defendants Caterpillar Inc.'s and Peterson Power Systems, Inc.'s Counterclaim for Fraud is hereby dismissed with prejudice as to Plaintiff William Zabit.

March 5, 2008

JEFFREY S. WHITE,
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA