SEDGWICK, DETERT, MORAN & ARNOLD LLP
ELLIOTT D. OLSON (Bar No. 041501)
elliott.olson@sdma.com
DANIEL W. BIR (Bar No. 227918)
daniel.bir@sdma.com
JEFFREY H. IKEJIRI (Bar No. 245256)
jeffrey.ikejiri@sdma.com
801 South Figueroa Street, 19th Floor
Los Angeles, California  90017-5556
Telephone:  (213) 426-6900
Facsimile:   (213) 426-6921

Attorneys for Defendants
CATERPILLAR INC. and
PETERSON POWER SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ZABIT, a single man,<br><br>Plaintiff,<br><br>v.<br><br>FERRETTIGROUP USA, a Corporation registered in Florida, and PETERSON POWER SYSTEMS/CATERPILLAR, a Corporation registered in California, and CATERPILLAR INC., a Corporation registered in Illinois,<br><br>Defendants. | CASE NO. C 06-01252 JSW<br><br>Date:  May 9, 2008<br>Time:  9:00 a.m.<br><br>**STIPULATION TO PLACE UNDER SEAL EXHIBITS TO THE DECLARATION OF DANIEL W. BIR IN SUPPORT OF DEFENDANTS CATERPILLAR INC. AND PETERSON POWER SYSTEMS, INC.'S RENEWED MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER**<br><br>DENYING MOTION WITHOUT PREJUDICE |
| CATERPILLAR INC. and PETERSON POWER SYSTEMS, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>WILLIAM ZABIT, a California resident,<br><br>Counterdefendant. | |

1  **IT IS HEREBY STIPULATED**, by and between the parties to this action
2  through their counsel of record, that the original Exhibits "I," "J," "K," "L," and
3  "M" to the Declaration of Daniel W. Bir in Support of Defendants Caterpillar Inc.
4  and Peterson Power Systems, Inc.'s Renewed Motion for Summary Judgment,
5  Document 153-3, pages 37-53, which were filed on March 21, 2008, should be
6  removed from the Court's public file concerning this matter.

7  **IT IS FURTHER STIPULATED** that Exhibits "I," "J," "K," "L," and "M"
8  to the Declaration of Daniel W. Bir in Support of Defendants Caterpillar Inc. and
9  Peterson Power Systems, Inc.'s Renewed Motion for Summary Judgment,
10 Document 153-3, pages 37-53, copies of which are being lodged under separate
11 cover for filing under seal, may and should be placed under seal in accordance
12 with the Court's Protective Order dated November 19, 2007, and deemed filed as
13 of March 21, 2008. In conjunction with this Stipulation, Defendants are filing and
14 serving the appropriate Administrative Motion to File Under Seal, pursuant to
15 Local Rules 79-5 and 7-11, which will not be opposed by plaintiff.

17 DATED: April 3, 2008    SEDGWICK, DETERT, MORAN & ARNOLD LLP

19 By: _____
    Elliott D. Olson
    Daniel W. Bir
    Jeffrey H. Ikejiri
    Attorneys for Defendants
    CATERPILLAR INC. and
    PETERSON POWER SYSTEMS, INC.

24 DATED: April 3, 2008    LAW OFFICES OF JOHN ALDEN

26 By: _____
    John Alden
    Attorney for Plaintiff
    William Zabit

## ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

1. The Copies of Exhibits "I," "J," "K," "L," and "M" to the Declaration of Daniel W. Bir in Support of Defendants Caterpillar Inc. and Peterson Power Systems, Inc.'s Renewed Motion for Summary Judgment, Document 153-3, pages 37-53, which were filed on March 21, 2008, shall be physically removed from the public file.

2. The Copies of Exhibits "I," "J," "K," "L," and "M" to the Declaration of Daniel W. Bir in Support of Defendants Caterpillar Inc. and Peterson Power Systems, Inc.'s Renewed Motion for Summary Judgment, Document 153-3, pages 37-53, which are all being lodged under separate cover for filing under seal, shall be filed under seal, and deemed filed on March 21, 2008, pending this Court's determination of Defendants' Administrative Motion to File Under Seal, pursuant to Local Rules 79-5 and 7-11.

DATED: _____, 2008

JUDGE, U.S. DISTRICT COURT
Northern District of California

The parties stipulation is DENIED WITHOUT PREJUDICE. The parties have not demonstrated that the documents qualify for sealing under the Local Rules.

April 4, 2008

*/s/ Jeffrey S. White*