**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ZABIT,<br><br>        Plaintiff,<br><br>    v.<br><br>CATERPILLAR, INC. and PETERSON POWER SYSTEMS, INC., et al.<br><br>        Defendants.<br>_____/ | No. C 06-01252 JSW<br><br>**ORDER VACATING HEARING ON DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT** |

Defendants' motion for summary judgment is now ripe for decision and set for hearing on May 9, 2008 at 9:00 a.m. Having reviewed the parties' papers, relevant legal authority, and the record in this case, the Court concludes the matter is suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The hearing and case management conference set for May 9, 2008 are VACATED.

**IT IS SO ORDERED.**

Dated: May 5, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE