IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM ZABIT,

    Plaintiff,

v.

FERRETTIGROUP USA, et al.

    Defendants.

No. C 06-01252 JSW

**ORDER DIRECTING CLERK TO REOPEN CASE AND DIRECTING PARTIES TO FILE JOINT STATUS REPORT**

On June 16, 2008, this Court issued an Order granting Defendant's motion for summary judgment. In that Order, the Court directed the Clerk to close this file. On that same date, the Court entered judgment in favor of Defendants and against Plaintiff on *Plaintiff's* Complaint. It has come to the Court's attention that Defendants' counterclaim for breach of contract remains pending. Although the Court finds no just reason to delay entry of final judgment on Plaintiff's complaint, *see* Fed. R. Civ. P. 54(b), because Defendants' counterclaim remains pending, this matter was closed prematurely, and the Clerk is directed to reopen this matter. The parties shall file a joint status report by no later than July 25, 2008, advising the Court on the status of the counterclaim and their respective positions on how this matter should proceed.

**IT IS SO ORDERED.**

Dated: July 9, 2008

                                                          JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE