IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ZABIT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FERRETTIGROUP USA, et al.<br><br>　　　　Defendants.<br>_____/ | No. C 06-01252 JSW<br><br>**ORDER DISMISSING COUNTERCLAIM, DEEMING BILL OF COSTS WITHDRAWN, AND DIRECTING CLERK TO CLOSE CASE** |

　　　Pursuant to the parties' joint status report, which states that they have executed a Release and Settlement Agreement, Defendant's counterclaim for breach of contract is DISMISSED, and the Bill of Costs shall be deemed withdrawn.

　　　The Court previously granted Defendants' motion for summary judgment and entered judgment on Plaintiff's claims. Accordingly, this matter is now fully resolved, and the Clerk is directed to close the file.

　　　**IT IS SO ORDERED.**

Dated: July 18, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE